JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   30 CORPORATE PARK, SUITE
   IRVINE, CA  92714
   714-474-2055
Attorneys for the Plaintiff



FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 1991
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT - 9 1991
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          COURT NO: 91A10350
            Plaintiff,

        v.                         **DEFAULT JUDGMENT**

JAMES B. CAMPBELL

            Defendant(s).
_____/

   In the above-entitled action, an affidavit on behalf of the
plaintiff satisfying the requirements of Rule 55 having been filed;

   IT IS ADJUDGED that the United States of America, plaintiff,
do have and recover of and from JAMES B. CAMPBELL

the sum of $13,731.01 as principal, $5,445.98 as accrued prejudgment
interest, $212.00 administrative charges, and $40.00 costs, plus
$1423.86 attorney fees for a total amount of $20,852.85,
plus interest at the current rate until entry of judgment.

   Judgment to accrue interest at the legal rate until paid.

DATED: OCT - 9 1991

                          LEONARD A. BROSNAN, CLERK
                          U.S. District Court
                          Central District of California

                          By: 
                          Deputy Clerk